Jim Davy, Principal
All Rise Trial & Appellate
P.O. Box 15216
Philadelphia, PA 19125



Jan. 9, 2023

Patrica S. Dodszuweit, Clerk
U.S. Court of Appeals for the Third Circuit
21400 U.S. Courthouse
601 Market St.
Philadelphia, PA 19106

<u>Via ECF</u>

Re: *Rush v. City of Philadelphia* and *Officer Nicoletti*, No. 21-1298, originally listed for Sept. 20, 2022, and then continued

Dear Ms. Dodszuweit,

Pursuant to Rule 28(j) of the FRAP, Appellee Rush writes to direct the Court's attention to *Clark v. Coupe*, 55 F.4th 167 (3d Cir. 2022).

Mr. Rush has already explained that binding, factually-analogous, decades-old case law holds that Officer Nicoletti's conduct violated Mr. Dennis's clearly established constitutional rights, *see* Appellee's Br. at 22-38. That alone is enough. But the Parties had disputed the extent to which the City's policy specifically directing officers not to fire into a vehicle or at any of its occupants bore upon the qualified immunity analysis. *Compare* Appellees' Br. at 6, 19, *with* Appellant's Reply Br. at 19 (urging the Court that the "police department's policies" should not "color the analysis of constitutional reasonableness").

*Clark* conclusively resolves that point in favor of Appellee. In particular, the *Clark* Court held that "internal governing polices are relevant when determining whether the officials received fair warning of a potential constitutional violation." 55 F.4th at 185. That policy may be "more relevant in determining whether officials had fair warning that their conduct" violated the law where "few cases addressed the constitutionality" of that conduct, *id.*, which is not the situation here given cases like *Abraham*, *El*, *Rivas*, and *Jefferson*. *See, e.g.*, Appellee's Br. at 10. But to the extent that the Philadelphia Police Department's policies are relevant, Officer Nicoletti's clear disregard for them cuts against application of qualified immunity and underscores why this Court should affirm the District Court.

                                                                    Respectfully submitted,
                                                                    /s/ Jim Davy

CC: All counsel via ECF