UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 21-1298
_____

BRAD RUSH, As Administrator of the Estate of Jeffrey Dennis, Deceased.

v.

CITY OF PHILADELPHIA;
OFFICER RICHARD NICOLETTI, In his individual and official capacity,

Officer Richard Nicoletti,
　　　　Appellant

_____

On Appeal from the United States District Court
for the Eastern District of Pennsylvania
(District Court No.: 2-19-cv-00932)
District Judge: Honorable Joshua D. Wolson

_____

Argued March 13, 2023

Before RESTREPO, AMBRO, and FUENTES, *Circuit Judges*

_____

JUDGMENT
_____

　　This cause came to be heard on the record from the United States District Court for the Eastern District of Pennsylvania and was argued by counsel on March 13, 2023.

　　On consideration whereof, it is now hereby ORDERED and ADJUDGED by this Court that the order of the said District Court entered on January 29, 2021, is hereby AFFIRMED and REMANDED.

Costs shall be taxed against Appellant.

All of the above in accordance with the Opinion of this Court.

ATTEST:

Dated: August 30, 2023

s/Patricia S. Dodszuweit
Clerk