# UNITED STATES COURT OF APPEALS
# FOR THE THIRD CIRCUIT

No. 21-1298

BRAD RUSH, as the administrator of the estate of Jeffrey Dennis,

Appellee

v.

CITY OF PHILADELPHIA and
OFFICER RICHARD NICOLETTI, in his individual and official capacity,

OFFICER RICHARD NICOLETTI,
Appellant

On Appeal from the United States District Court
for the Eastern District of Pennsylvania
(D.C. No. 19-cv-932)
District Judge: Honorable Joshua D. Wolson

BILL OF COSTS

>Jim Davy
>ALL RISE TRIAL & APPELLATE
>P.O. Box 15216
>Philadelphia, PA 19125
>(215) 792-3579
>jimdavy@allriselaw.org
>
>Counsel for Appellee

Sept. 6, 2023

## CERTIFICATE OF SERVICE

I certify that on Sept. 6, 2023, this Bill of Costs was filed using the Court's CM/ECF system. All participants in the case are registered CM/ECF users and will be served electronically via that system.

>/s/ Jim Davy
>Jim Davy
>ALL RISE TRIAL & APPELLATE
>P.O. Box 15216
>Philadelphia, PA 19125
>(215)-792-3579
>jimdavy@allriselaw.org
>
>Counsel for Appellee