# UNITED STATES COURT OF APPEALS
# FOR THE THIRD CIRCUIT

No. 21-1298

BRAD RUSH, as the administrator of the estate of Jeffrey Dennis,

Appellee

v.

CITY OF PHILADELPHIA and
OFFICER RICHARD NICOLETTI, in his individual and official capacity,

OFFICER RICHARD NICOLETTI,
Appellant

On Appeal from the United States District Court
for the Eastern District of Pennsylvania
(D.C. No. 19-cv-932)
District Judge: Honorable Joshua D. Wolson

BILL OF COSTS

Jim Davy<br>
ALL RISE TRIAL & APPELLATE<br>
P.O. Box 15216<br>
Philadelphia, PA 19125<br>
(215) 792-3579<br>
jimdavy@allriselaw.org<br>
<br>
Counsel for Appellee

Sept. 6, 2023

## CERTIFICATE OF SERVICE

I certify that on Sept. 6, 2023, this Bill of Costs was filed using the Court's CM/ECF system. All participants in the case are registered CM/ECF users and will be served electronically via that system.

/s/ Jim Davy<br>
Jim Davy<br>
ALL RISE TRIAL & APPELLATE<br>
P.O. Box 15216<br>
Philadelphia, PA 19125<br>
(215)-792-3579<br>
jimdavy@allriselaw.org<br>
<br>
Counsel for Appellee

# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

BILL OF COSTS

C.A. No. 21-1298

Caption: Rush v. City of Philadelphia and Richard Nicoletti

| Cost Taxable | AMOUNT REQUESTED | | | | | | | COST ALLOWED To be Completed by Clerk |
|---|---|---|---|---|---|---|---|---|
| | No. of Copies | Pages per Copy | Cost Per Page | Cost Per Binding | Cost Per Cover | Sales Tax | Total Cost | |
| Appeal/Original Proceeding Fee | | | | | | | | |
| Brief | 7 | 47 | $0.10 | $4 | $3 | $5.11 | $90.30 | |
| Reply Brief | | | | | | | | |
| Appendix | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| TOTAL | | | | | | | $ 90.30 | $ |

Brief Produced by Reproduction: ☐        Brief Produced by Photocopy: ☐
                                                                 In House: ☐
                                                                 Commercial: ☒

**Unless document was produced by in house photocopy, receipts must be attached.**

I, Jim Davy, do hereby declare under the penalty of perjury that the foregoing costs are true and correct and were necessarily and actually incurred in this action.

_Signature_ (signed: Jim Davy)                Sept. 6, 2023
Attorney for: Brad Rush                       Date

**A certificate of service must accompany this form.**

# INSTRUCTIONS
# FOR FILING A BILL OF COSTS

A request for costs must be submitted on this form and received by the Clerk within 14 days of judgment. Fed. R. App. P. 39(d)(1) and 3rd Cir. LAR 39.4(b). A motion for leave to file out of time showing good cause must be submitted with any untimely bill of costs. Any opposition to the bill of cost must be filed within 14 days from the date of service of the bill of costs, unless the Court extends the time. The taxation of costs is governed by Fed. R. App. P. 39 and 3rd Cir. LAR 39; See also, 3rd Cir. LAR 28.1(a)(iii), 30.5 and Misc. 107.4. All rules are available on this Court's website www.ca3.uscourts.gov. Third Cir. LAR 39 sets forth the maximum number of copies and rates and are summarized below.

Number of Copies:

Briefs     Costs will be allowed for 7 copies of each brief filed with the Court, plus 1 copy for each party separately represented provided that hard copies of the documents were served, plus 1 copy for the filer's own record. In the event that the Court directed a greater number of briefs to be filed costs for the additional copies will be permitted.

Appendices  Costs will be allowed for 4 copies of each volume of the Appendix filed with the Court, plus 1 copy for each party separately represented provided that hard copies of the Appendix were served, plus 1 copy for the filer's own record. In the event that the Court directed a greater number of appendices be filed costs for the additional copies will be permitted.

Costs: In taxing costs for reproduced or photocopied briefs and appendices, the Clerk shall tax costs at the following rates, or at the actual cost, whichever is less:

Reproduction (whether by offset or typography):
    Reproduction per page (for 20 copies or less)  $ 4.00
    Covers (for 20 copies or less)                 $ 50.00
    Binding per copy                               $ 4.00
    Sales tax                                      Applicable Rate Receipt Provided

    Photocopying (whether in house or commercial):
    Reproduction per page                          $ .10
    Binding per copy                               $ 4.00
    Covers (for 20 copies or less)                 $ 40.00
    Sales tax                                      Applicable Rate Receipt Provided

Other Costs. No other costs associated with briefs and appendices, including the costs of typing, word processing, and preparation of tables and footnotes, shall be allowed for purposes of taxation of costs.

In the event that a party corrects deficiencies pursuant to 3rd Cir. LAR Misc. 107.3, costs incurred in order to bring the document into compliance will not be allowed.

**Updated: 09/09/15**

# INVOICE



10 Philips Lane, Newtown Square, PA 19073
(215) 605-2553
E-mail: Ashin322@gmail.com
www.APG.interfirm.com

| BILL TO | SHIP TO |
|---|---|
| All Rise Trial & Appellate<br>P.O. Box 15216<br>Philadelphia, PA 19125<br>215-792-3579<br>jimdavy@allriselaw.org | |

| DATE | INVOICE # | P.O. NO. | TERMS | REP | SHIP DATE | SHIP VIA |
|---|---|---|---|---|---|---|
| 4/21/2022 | 23117 | Jim Davy | C.O.D. | AES | 4/21/2022 | Pick Up |

| ITEM | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| Gen. Print | "31 2022.4.18 Response Brief," (47 pa including the cover) which I need 7 copies of, with red covers | 7 | 12.17 | 85.19T |
| | Sales Tax | | 6.00% | 5.11 |

**Total**  $90.30

Alexander Printing and Graphics' prices are calculated on a "cash with orders" basis. Therefore, all orders are on "COD" cash on delivery basis, unless if credit is already established on acknowledged credit application. Terms on established credit accounts: Net on presentation. Balances unpaid after 30 days from date of invoice are subject to a service charge of 1.5% per month, or maximum allowed by law, if different, together with expenses incidental to collection, including specifically set forth reasonable attorney's fee of thirty five (35) percent of the unpaid balance.